UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| STEPHEN ROOT, | ) Civil Action No. 1:22-cv-02717-BHH |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 8th day of September, 2022, upon consideration of Defendant's Motion to Remand, and Plaintiff's consent thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

s/Bruce Howe Hendricks
United States District Judge

September 8, 2022
Charleston, South Carolina